JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JERMAINE CORNELIUS CARTER, | ) Case No. EDCV 16-2553-JLS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 11, 2017___

_____
Josephine L. Staton
United States District Judge